FELICE JOHN VITI, Acting United States Attorney (#7007)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SOLOMON PROCTOR,<br><br>Defendant. | Case No. 2:25-mj-00876-DBP<br><br>DISMISSAL OF THE COMPLAINT |

Based upon leave of this Court, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Complaint pending against defendant Christopher Solomon Proctor is dismissed.

DATED this 26th day of September 2025.

FELICE JOHN VITI
Acting United States Attorney

/s/ Michael J. Thorpe

MICHAEL J. THORPE
Assistant United States Attorney